UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CELL FILM HOLDINGS, LLC, | Civil Action No. 16-cv-1649RSL |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME TO SERVE COMPLAINT |
| v. | |
| ARJUN PEDAPATI, *et al.*, | |
| Defendants. | |

This matter comes before the Court on Plaintiff's motion for an extension of time to serve the complaint. Dkt. # 17. Because good cause has been shown why an extension is warranted to allow a brief period in which to attempt to resolve this dispute and use of the waiver of service procedure, plaintiff's motion is GRANTED. Plaintiff shall have until March 21, 2017, to file proof of waiver or service or a motion setting forth the efforts made to serve and requesting a further extension of the service deadline.

Dated this 4th day of January, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING EXTENSION OF TIME TO
SERVE COMPLAINT - 1