Honorable Robert S. Lasnik

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8

9  CELL FILM HOLDINGS, LLC,                    Civil Action No. 16-cv-1649RSL

10              Plaintiff,                     STIPULATION OF DISMISSAL WITH
                                               PREJUDICE OF ARJUN PEDAPATI
11    v.                                       (DOE 1)

12  ARJUN PEDAPATI, an individual;
    CHARLES RICHARDSON, an individual;
13  and
    JEFFERY LEONARD, an individual,
14
                Defendants.
15

16       Pursuant to Rule 41(a)(1)(A)(ii) and according to the terms of a Confidential Settlement

17  Agreement wherein Defendant agreed to (a) cease directly, contributorily or indirectly infringing

18  Plaintiff's rights in its valid and enforceable copyrighted work *CELL*, Copyright Registration

19  No. PAu 3-751-312, including without limitation by using the Internet to reproduce, copy,

20  distribute or to make the motion picture available for distribution to the public, except pursuant to

21  a lawful written license from Plaintiff; (b) destroy all unauthorized copies or parts thereof of *CELL*

22  in its possession or subject to Defendant's control, including without limitation any downloaded

23  onto any computer hard drive or server or otherwise saved onto any physical medium or device,

24  without Plaintiff's authorization; and (c) pay Plaintiff a monetary sum for statutory damages,

25  Plaintiff hereby dismisses its claims against Defendant with prejudice and with each side bearing

26  its own fees and costs.

STIPULATION OF DISMISSAL - 1
Civil Action No. 16-cv-1649RSL
INIP-6-0059P09 SDMISS - Doe 1

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

s/ David A. Lowe, WSBA No. 24,453
  Lowe@LoweGrahamJones.com
Lowe Graham Jones[PLLC]
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300
F: 206.381.3301

*Attorneys for Plaintiff*

s/Michael P. Matesky II, WSBA No. 39,586
  mike@mateskylaw.com
Matesky Law[PLLC]
1001 4th Ave, Ste 3200
Seattle, WA 98154
T: 206.701.0331
F: 206.701.0332

*Attorneys for Defendant*

STIPLUATION OF DISMISSAL - 2

Civil Action No. 16-cv-1649RSL

INIP-6-0059P09 SDMISS - Doe 1

Lowe Graham Jones[PLLC]

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301